UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/13/2026

-------------------------------------------------------------------- X
                                    :

JUAN SANCHEZ CONTRERAS,            :
                                    :

                   Petitioner,   :                 1:26-cv-3938-GHW
                                    :

           -v-                      :                 ORDER
                                    :

MARKWAYNE MULLIN, *et al.*,       :
                                    :

               Respondents.  :
                                    :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

This action was reassigned to this Court on May 13, 2026.  The parties are directed to comply with the deadlines described in Judge Furman's May 12, 2026 order, Dkt. No. 4, but address the submissions described in that order to this Court.  The Court will hold the teleconference described in Judge Furman's order on May 15, 2026 at 3:30 p.m. as scheduled.  The parties are directed to review Rule 2 of the Court's Individual Rules of Practice in Civil Cases, which contains the dial-in number for the conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated:  May 13, 2026
        New York, New York

                                              _____
                                                GREGORY H. WOODS
                                          United States District Judge