**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 14, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 5/14/2026

**MEMORANDUM ENDORSED**

By ECF
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sanchez Contreras v. Mullin et al.*, No. 26 Civ. 3938 (GHW)

Dear Judge Woods:

I write respectfully on behalf of the parties in the above-referenced matter, in which petitioner Juan Sanchez Contreras seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. The parties are scheduled to appear before Your Honor on May 15, 2026, for an initial conference. (ECF Nos. 4, 6).

In accordance with the Court's May 13, 2026 order incorporating the May 12, 2026 order, the parties have conferred in advance of the conference and have agreed on a proposed briefing schedule, under which the government would file its opposition to the habeas petition by June 1, 2026, and the petitioner would file a reply by June 10, 2026. In light of the proposed briefing schedule, the parties do not believe that a conference is necessary at this time, but are available to attend the scheduled conference if the Court prefers to proceed with the conference.

We thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: s/ *Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondents*

The Court will hold the May 15, 2026 conference as scheduled and will discuss the parties' proposed briefing schedule during the conference.

SO ORDERED.

Dated: May 14, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

cc: Edith Sangueza, Esq. (by ECF)
*Counsel for Petitioner*