UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2026

-------------------------------------------------------------------- X
                              :

JUAN SANCHEZ CONTRERAS,        :
                              :

            Petitioner,   :         1:26-cv-3938-GHW
                              :

      -v-               :        ORDER
                              :

MARKWAYNE MULLIN, *et al.*,    :
                              :

        Respondents.  :
                              :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court held a conference with the parties on May 15, 2026. As stated on the record during the conference, the Court adopts the parties' proposed briefing schedule: Respondents' opposition is due no later than June 1, 2026; Petitioner's reply, if any, is due no later than June 10, 2026. The parties are directed to inform the Court if they reach an agreement to resolve this petition without further briefing.

SO ORDERED.

Dated: May 15, 2026
      New York, New York

_____
GREGORY H. WOODS
United States District Judge