**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 JUAN SANCHEZ CONTRERAS,

                                Plaintiff,

        -against-                                 26 **CIVIL** 3938 (GHW)

                                            **JUDGMENT**

MARKWAYNE MULLIN, et al.,

                              Defendants.
----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated June 22, 2026, Mr. Sanchez Contreras's petition for habeas corpus is GRANTED. For the avoidance of doubt, the opinion should not be read to suggest any view regarding the appropriate outcome of any bond hearing with respect to Mr. Sanchez Contreras: in particular, it does not suggest that the evidence presented to the IJ in connection with the May 7 hearing would not support the conclusion that Mr. Sanchez Contreras is a danger to the public even when the Government bears the burden of proof. By no later than July 3, 2026, Respondents shall provide a bond hearing to Mr. Sanchez Contreras. Consistent with this decision, at that hearing: (1) the Government will have the burden of proof to establish by clear and convincing evidence that Mr. Sanchez Contreras poses a flight risk or danger to the public; (2) the IJ must consider alternatives to detention in assessing both his flight risk and any future dangerousness; and (3) the IJ, in setting the amount of any bond, must consider Mr. Sanchez Contreras's ability to pay. Respondents are ordered to: (1) file a letter on the docket by **June 24, 2026 at 5:00 p.m.**, confirming that the bond hearing has been scheduled and stating the date and time when it will occur; (2) furnish the decision to the IJ meaningfully in advance of the hearing; and (3) file a letter on the docket by **July 6, 2026 at**

**5:00 p.m.**, with an update as to the outcome of the bond hearing. The Court retains jurisdiction over this matter to ensure compliance with the decision.; accordingly, the case is closed.

**Dated:** New York, New York

　　　　June 23, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**　　　　K. mango

_____

**Deputy Clerk**
