USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN SANCHEZ CONTRERAS,

Petitioner,

-v-

MARKWAYNE MULLIN, *et al.*,

Respondents.

1:26-cv-3938-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On September 24, 2026, Petitioner filed a motion to enforce the Court's order granting his petition for a writ of *habeas corpus*. Dkt. No. 22. Respondents' opposition is due by no later than October 8, 2026; Petitioner's reply, if any, is due within seven days after service of Respondents' opposition.

SO ORDERED.

Dated: September 24, 2026
New York, New York

GREGORY H. WOODS
United States District Judge